# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JHORDANNE S. TETRAULT, Defendant. | PO-19-05275-GF-JTJ <br><br> VIOLATION: 6563263 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $235 fine and $30 processing fee for violation 6563263 (for a total of $265), and for good cause shown,

IT IS ORDERED that the $265 fine ($235 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6563263.

IT IS FURTHER ORDERED that the initial appearance scheduled for March 5, 2020, is VACATED.

DATED this 25th day of February, 2020.

_____
John Johnston
United States Magistrate Judge